Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108
E-Mail: efogderude1@yahoo.com

Attorney for Defendant, JOSE JESUS VILLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JOSE JESUS VILLA<br><br>            Defendants.<br>_____ | CASE NO. 06-00418 LJO<br><br>STIPULATION AND ORDER FOR A RESETTING OF SENTENCING HEARING<br><br>DATE: June 20, 2008<br>TIME: 8:30 a.m.<br>Judge: Honorable Lawrence J. O'Neill |

   IT IS HEREBY STIPULATED by and between the parties that the sentencing hearing for Defendant, JOSE JESUS VILLA, currently set for June 20, 2008, be continued to July 11, 2008, at 8:30 a.m.
   The reason for this continuance is requested in order to allow U.S. Probation additional time to respond to informal objections filed on behalf of the defendant.
   The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant such a continuance would deny counsel for the defendant the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: June 9, 2008        /s/ Eric K. Fogderude
                           ERIC K. FOGDERUDE, Attorney for Defendant
                           JOSE JESUS VILLA

DATED: June 10, 2008       /s/ Kathy Servatius                ,
                           KATHY SERVATIUS, Assistant U.S. Attorney

**ORDER**

The Court has received the request and stipulation that the sentencing hearing on the above-entitled matter be continued to July 11, 2008 at 8:30 a.m.  Good Cause exists.

IT IS SO ORDERED.

**Dated:   June 11, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

---

U.S. vs. Villa
Case No. 07-0418                    2           **Stipulation and Order for a resetting of Sentencing Hearing**