# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 19 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Jose Jesus Villa | Case No. 06-0418 LJO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Jose Jesus Villa____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing the following condition: You shall participate in the Prodigal Sons and Daughters Drug Program and attend no less than three times per week; and,

Replacing it with the following condition: You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer. All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/30/08          _____  9-12-08
Signature of Defendant   Date             Pretrial Services Officer   Date
Jose Jesus Villa                          Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                                          9/16/08
Signature of Assistant United States Attorney                  Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                          9/12/08
Signature of Defense Counsel                                   Date
Eric K. Fogderude

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on ___immediately___.
☐ The above modification of conditions of release is *not* ordered.

_____                                          Sept 19, 2008
Signature of Judicial Officer                                  Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services