Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108
E-Mail: efogderude1@yahoo.com

Attorney for Defendant, JOSE JESUS VILLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE JESUS VILLA<br><br>    Defendants.<br>_____ | CASE NO. 06-00418 LJO<br><br>STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO SELF SURRENDER<br><br><br><br>Judge: Honorable Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties that the self surrender date for Defendant, JOSE JESUS VILLA, currently set for December 4, 2008 at 2:00 p.m., be continued to December 12, 2008 at 2:00 p.m.

Good cause exists for this request because for unknown reasons, the Defendant did not receive timely notice of his designated prison, which is at Reeves Correction Institution in Pecos, Texas.  The Judgment contained a court recommendation for Lompoc, California.  The United States Marshall's Office has suggested that the Defendant file this request for a one week extension of time so that the Defendant may self surrender directly to Reeves C.I. facility.  The Defendant's church support

group will be able to provide for the Defendant's transportation if a one week extension is granted.

The United States Attorney's office is not opposed to this request.

DATED: December 2, 2008    /s/ Eric K. Fogderude
ERIC K. FOGDERUDE, Attorney for
Defendant JOSE JESUS VILLA

DATED: December 2, 2008    /s/ Laurel Montoya
Laurel Montoya
Assistant U.S. Attorney

**ORDER**

The Court has received the requested Stipulation and finds that good cause exists for the request to extend Defendant's surrender date to December 12, 2008, at 2:00 p.m, at the Reeves Correction Institution in Pecos, Texas.

IT IS SO ORDERED.

**Dated:    December 2, 2008**              /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE