

FILED
JAN 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

1  Eric K. Fogderude, #070860
   FLETCHER & FOGDERUDE, INC.
2  A Professional Corporation
   5412 North Palm Avenue, Suite 101
3  Fresno, California 93704
   Telephone: (559) 431-9710
4  Facsimile: (559) 431-4108
   E-Mail: efogderude1@yahoo.com
5
   Attorney for Defendant, JOSE JESUS VILLA
6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   CASE NO. 06-00418 LJO
                                   )
12         Plaintiff,               )   APPLICATION FOR ORDER
                                   )   EXONERATING CASH BOND AND
13 vs.                             )   FOR RECONVEYANCE OF REAL
                                   )   PROPERTY AND ORDER THEREON
14 JOSE JESUS VILLA                )
                                   )
15                                 )
           Defendants.             )
16 _____)

17      Defendant, JOSE JESUS VILLA, hereby moves this court for an
18 order to exonerate the $ 2,000 cash bond and $ 2,500 secured
19 property bond, secured by the title of Hector Villa's vehicle in
20 the above-captioned case.
21      On April 27, 2007, JOSE JESUS VILLA appeared in this matter
22 before the Honorable William M. Wunderlich, United States
23 Magistrate Judge, and was ordered released from custody
24 under the supervision of Pretrial Services and the posting of
25 $ 2,000 cash bond and a $ 2,500 secured property bond, secured by
26 the title of Hector Villa's vehicle.
27      On July 11, 2008, Defendant, JOSE JESUS VILLA appeared, as
28 required, before United States District Court Judge Laurence J.

---

O'Neill for sentencing, and therefore surrendered himself to the Bureau of Prisons to serve his sentence.

Since JOSE JESUS VILLA has met the conditions of release in this matter he requests that the court exonerate the bond set by this court and reconvey title to the vehicle to Hector Villa and refund the $ 2,000 cash bond to Hector Villa.

DATED: December 30, 2008          Respectfully submitted,


/s/ Eric K. Fogderude

Eric K. Fogderude
Attorney for Defendant,
JOSE JESUS VILLA


## ORDER

IT IS HEREBY ORDERED that the cash and property bonds in the above captioned case be exonerated and title to the vehicle be reconveyed and transferred to Hector Villa and the $ 2,000 cash bond be refunded to Hector Villa.

DATED: Jan 7, 2009

Judge Laurence J. O'Neill
United States District Court
Eastern District of California

U.S. vs. Villa
Case No. 07-00418

Application for Order Exonerating Cash Bond
and Reconvey Property Bond and Order Thereon

2